The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| EUNICE IOANE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PUGET SOUND COLLECTIONS, INC.<br><br>　　　　Defendant. | Case No. 2:21-cv-01413-RSM<br><br>**Order Granting Defendant Puget Sound Collections' Unopposed Motion for Extension of Time to Respond to Complaint** |

The court has considered Defendant Puget Sound Collections' Unopposed Motion to Extend Time to File Response to Complaint, and the supporting Declaration of Timothy J. Fransen. For good cause shown,

IT IS ORDERED:

1. The motion to extend time is GRANTED;

2. The deadline for defendant Puget Sound Collections to file its response to the complaint is extended to November 5, 2021.

DATED this 22nd day of October, 2021

　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Page 1 -  **Order Granting Defendant Puget Sound Collections' Unopposed Motion for Extension of Time to Respond to Complaint**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

**CERTIFICATE OF SERVICE**

I caused true and correct copies of the **[PROPOSED] Order Granting Defendant Puget Sound Collections' Unopposed Motion for Extension of Time to Respond to Complaint** be served on the following individuals at the following address by the method indicated:

☐ by mail with postage prepaid, deposited in the US mail;

☐ by facsimile transmission, printed confirmation of receipt attached;

☐ by overnight delivery,

☒ by electronic filing notification

Robert Mitchell, Attorney at Law,
1020 N. Washington Street
Spokane, WA, 99201
Email: bobmitchelllaw@gmail.com

Of Attorney for Plaintiff Eunice Ioane

DATED:  October 20, 2021

*s/ Timothy J. Fransen*

Timothy J. Fransen

Page 1 -  **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019